IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-00466-CV-W-GAF |
| | ) | |
| KIMBERLY BOWDEN, a/k/a, | ) | |
| KIMBERLY EPPERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LEE A TOLBERT | ) | |
| COMMUNITY ACADEMY, | ) | |
| | ) | |
| Garnishee. | ) | |

## GARNISHEE ORDER

A Writ of Continuing Garnishment has been issued and served upon the garnishee. Pursuant to the Writ, the garnishee filed an Amended Answer on May 5, 2009, stating that at the time of service of the Writ it had in its possession or under its control wages belonging to and due the defendant in the amount of $337.72 which amount represents 25 percent of defendant's net wages, and that the garnishee was holding said funds.

Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that garnishee pay over to plaintiff the amount held, and that garnishee continue to withhold and pay over 25 percent of defendant's net wages to plaintiff. Said payments should be made payable to the "Clerk of the Court," and forwarded to the Clerk of Court.

IT IS FURTHER ORDERED that this garnishment remain in effect until satisfaction of the debt owed to plaintiff, defendant cease employment with the garnishee (unless the garnishee reinstates or re-employs the defendant within 90 days after the defendant's dismissal or resignation), or by an order of this Court quashing the Writ of Continuing Garnishment.

SO ORDERED this  8th  day of  May , 2009.

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT